**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 09, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 12-10576-FF
Case Style: Lynn Nelson v. USA
District Court Docket No: 9:11-cv-80685-DMM

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 03/14/2012.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF
Phone #: (404) 335-6178

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 12-10576-FF

_____

LYNN NELSON,

                Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Lynn Nelson has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective April 09, 2012.

JOHN LEY
Clerk of the United States Court
of Appeals for the Eleventh Circuit

by: Janet K. Spradlin, FF, Deputy Clerk

FOR THE COURT - BY DIRECTION